IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

MARCELINO V. CABRAL,                )
                                    )
        Petitioner,                )
                                    )
vs.                                 )     Case No. 4:12-cv-2029-KOB-TMP
                                    )
SCOTT HASSELL, Warden; *et al.*,    )
                                    )
        Respondents.              )

## **O R D E R**

On July 8, 2013, the magistrate judge filed his report and recommendation (doc. 8), recommending that the court grant the Respondents' motion to dismiss (doc. 7) and dismiss as moot the habeas petition filed pursuant to 28 U.S.C. § 2241 because the petitioner was no longer in ICE custody pursuant to an Order of Supervision. To date, no party has filed any objections. The Clerk mailed a copy of the Report and Recommendation to the Petitioner, but the postal service returned the mail as undeliverable and marked "released." (Doc. 9).

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. The court finds that the Respondents' Motion to Dismiss is due to be granted because the petitioner is no longer in ICE custody pursuant to an Order of Supervision on August 28, 2012. Consequently, the court GRANTS the motion to dismiss (doc. 7) and DISMISSES AS MOOT the habeas petition.

DONE and ORDERED this 27th day of August, 2013.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE